**David P. MILLER, Plaintiff–Appellant,**

v.

**HEKIMIAN LABORATORIES, INC., Defendant–Appellee.**

No. 03–7600.

United States Court of Appeals, Second Circuit.

Jan. 15, 2004.

Phillip G. Steck, Cooper Erving & Savage LLP, Albany, NY, for Appellant.

John Houston Pope, Epstein Becker & Green, P.C., New York, NY, for Appellee.

Present: OAKES, CABRANES, Circuit Judges and MUKASEY,* District Judge.

**SUMMARY ORDER**

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED,**

---

* The Honorable Michael B. Mukasey, Chief Judge of the United States District Court for

**AND DECREED** that the judgment of said District Court be and hereby is **AFFIRMED.**

We have considered all of plaintiff's arguments and have found each of them to be without merit. We affirm for substantially the reasons stated by the District Court. *See Miller v. Hekimian Labs., Inc.,* 257 F.Supp.2d 506 (N.D.N.Y.2003).

\* \* \* \* \* \*

Accordingly, the judgment of the District Court is hereby **AFFIRMED.**